# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY SANDOVAL, ) | 1:05-cv-00174-AWI-TAG HC |
| ) | |
| Petitioner, ) | ORDER GRANTING REQUEST FOR |
| ) | EXTENSION OF TIME TO FILE TRAVERSE |
| ) | (Doc. 19) |
| v. ) | |
| ) | ORDER DENYING REQUEST FOR STATUS |
| ROXANNE CAMPBELL, et al. ) | AND DOCKET CORRECTION (Doc. 19) |
| ) | |
| Respondents. ) | |

Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner filed his Petition on January 18, 2005, with the Clerk of the U.S. District Court for the Eastern District of California in Sacramento, California. (Doc. 1). The matter was transferred to the Fresno Division of the Eastern District on February 8, 2005. (Doc. 5). On August 11, 2005, Respondent filed an Answer pursuant to an order of this Court. (Doc. 13).

On June 13, 2006, the Clerk of the Court erroneously made a docket entry in this case that should have been docketed in another case. (Doc. 16). That error was corrected immediately on the same date. (Doc. 17). Petitioner now requests an extension of time to file his Traverse, as well as a request for docket correction and for an explanation of the status of his case. (Doc. 19).

Petitioner's request for docket correction is moot. The docket error was corrected immediately upon its discovery on June 13, 2006.

///

1

1 Regarding Petitioner's request for information on the status of his case, case management at the Court proceeds by the order cases are received.  The Court is aware of the existence of Petitioner's case and the length of time that it has been pending. However, due to the caseload of the Court, and the Court's diligent handling of each individual case, a court decision often takes time. Petitioner's case will be ruled on in due course.

With respect to Petitioner's request for a status, as noted in the Litigant Letter served on Petitioner shortly after the filing of the Petition, the Court will *not* respond to individual inquires regarding the status of a case.  Petitioner was informed that the Court would notify him as soon as any action is taken in his case and that as long as Petitioner keeps the Court informed of his current address, he will receive all decisions that might affect the status of his case.

Petitioner's request for an extension of time to file his Traverse will be granted despite the fact that it appears that the primary reason Petitioner is unaware of what has been happening in his case is because he has failed to keep the Court apprised of his current address.  If the Court does not know Petitioner's current address, it is impossible to keep Petitioner informed of activity in his case.

**ORDER**

Accordingly, Petitioner's Request for an Extension of Time to File A Traverse (Doc. 19), is GRANTED.  Petitioner has thirty (30) days from the date of service of this Order to file his Traverse. Petitioner's Requests for Docket Correction and Status (Doc. 19), are DENIED.

IT IS SO ORDERED.

Dated:   **March 30, 2007**                                       **/s/ Theresa A. Goldner**
**j6eb3d**                                                                  UNITED STATES MAGISTRATE JUDGE