UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY SANDOVAL, ) | 1:05-CV-0174 AWI JMD (HC) |
| ) | |
| Petitioner, ) | ORDER DENYING MOTION FOR |
| ) | CERTIFICATE OF APPEALABILITY |
| v. ) | |
| ) | (DOCUMENT #27) |
| ROXANNE CAMPBELL, ) | |
| ) | |
| Respondent. ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 18, 2005, Petitioner filed the instant petition for writ of habeas corpus in this Court. On October 31, 2007, the Court issued a Findings and Recommendation recommending that the petition be denied. (Court Doc. 23.) On December 3, 2007, Petitioner filed objections to the Findings and Recommendation. (Court Doc. 24.) On March 27, 2008, the Court issued an order adopting the Findings and Recommendation in full and expressly declining to issue a certificate of appealability. (Court Doc. 25.) Judgment was entered on March 27, 2008. (Court Doc. 26.)

On May 1, 2008, Petitioner filed a motion for a certificate of appealability. (Court Doc. 27.) On June 30, 2008, Petitioner filed a request for response to the motion for a certificate of appealability. (Court Doc. 28.) The captions and proofs of service on the documents, however,

identify the intended court as the United States Court of Appeals for the Ninth Circuit rather than this Court. Further, in the body of the documents, Petitioner cites to the Federal Rules of Appellate Procedure and Ninth Circuit Rules and acknowledges that this Court has already declined to issue a certificate of appealability.

    Accordingly, Petitioner's motion for a certificate of appealability is DENIED.

IT IS SO ORDERED.

**Dated:  July 8, 2008**              **/s/ John M. Dixon**
                                               UNITED STATES MAGISTRATE JUDGE